Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Nikki Lynn Nickson, fka Nikki Lynn Wright, fka Nickson Financial Services |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Indiana (State) |
| Case number | 16-09207-JJG-13 |

Form 4100R
# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 5 1

**Property address:** 927 Split Rock Way
Number    Street

Indianapolis    IN    46234
City    State    ZIP Code

**Court claim no.** (if known): 5-2

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 5 / 1 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:    (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

  c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Nikki Lynn Nickson | Case number (if known) 16-09207-JJG-13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 4/22/2021

Print: Molly Slutsky Simons
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number  Street

Loveland   OH   45140
City       State  ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 16-09207-JJG-13 |
| Nikki Lynn Nickson, fka Nikki Lynn Wright, fka Nickson Financial Service | Chapter 13 |
| Debtor | Judge Jeffrey J. Graham |

### ADDENDUM TO RESPONSE TO NOTICE OF FINAL CURE PAYMENT

| | |
|---|---|
| Date last payment received on the mortgage: | 4/1/2021 |
| Date next post-petition payment due: | 5/1/2021 |
| Amount of the next post-petition payment: | $ 1,186.52 |
| Unpaid principal of the loan: | $ 205,415.37 |
| Additional amounts due for any deferred or accrued interest: | $ - |
| Balance of the escrow account: | $ 1,620.76 |
| Balance of unapplied funds or funds held in suspense account: | $ 516.17 |

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on April 22, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    John T. Steinkamp, Debtor's Counsel
    ecf@johnsteinkampandassociates.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on April 22, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Nikki Lynn Nickson, Debtor
    PO Box 68873
    Indianapolis, IN 46268

                                             /s/ Molly Slutsky Simons
                                             Molly Slutsky Simons (OH 0083702)
                                             Attorney for Creditor